Morse v Morse

2026 NY Slip Op 02518

April 24, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

JULIE MORSE, PLAINTIFF-RESPONDENT,

v

BRADFORD MORSE, DEFENDANT-APPELLANT. ------------------------------------------ CATHERINE M. SULLIVAN, ESQ., ATTORNEY FOR THE CHILDREN, RESPONDENT.

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department

Decided on April 24, 2026

144 CA 24-01826

Present: Whalen, P.J., Lindley, Curran, Smith, And Delconte, JJ.

ALDERMAN AND ALDERMAN PLLC, SYRACUSE (RICHARD B. ALDERMAN OF COUNSEL), FOR DEFENDANT-APPELLANT.

MACKENZIE HUGHES LLP, SYRACUSE (CHRISTOPHER A. POWERS OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

CATHERINE M. SULLIVAN, LIVERPOOL, ATTORNEY FOR THE CHILDREN.

Appeal from an order of the Supreme Court, Onondaga County (Danielle M. Fogel, J.), entered June 21, 2024. The order, among other things, approved compensation for the Attorney for the Children.

[*1]

It is hereby ORDERED that said appeal is unanimously dismissed without costs.

Memorandum: Defendant in this matrimonial action appeals from an order approving compensation for the Attorney for the Children. The appeal must be dismissed because no appeal lies as of right from an order that does not decide a motion made on notice (see CPLR 5701 [a]; Sholes v Meagher, 100 NY2d 333, 334 [2003]; Deutsche Bank Natl. Trust Co. v Miller, 172 AD3d 1890, 1890 [4th Dept 2019]). Although we have the power to treat the notice of appeal as an application for permission to appeal, we decline to do so here (see Matter of Cor Van Rensselaer St. Co., III, Inc. v New York State Urban Dev. Corp., 197 AD3d 976, 977 [4th Dept 2021]).

Entered: April 24, 2026

Ann Dillon Flynn

Clerk of the Court